IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT LEACH | : | CIVIL ACTION |
| v. | : | |
| MARK CAPOZZA, et al. | : | NO. 19-3021 |

**ORDER**

AND NOW, this 24th day of April, 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. The request for an evidentiary hearing is **DENIED**;

4. Petitioner's Motions for Appointment of Counsel are **DENIED**; and

5. A certificate of appealability is not granted.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY,      J.